▇▇▇ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KNIGHTON, Appellant. (Appeal No. 2.) [40 NYS3d 308]— Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered September 23, 2013. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Knighton* ([appeal No. 1] 144 AD3d 1594 [2016]). Present—Centra, J.P., Carni, Lindley, Curran and Scudder, JJ.

▇▇▇ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICHOLE M. McKERROW, Also Known as NICOLE McKERROW, Appellant. [40 NYS3d 325]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered October 8, 2014. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Carni, Lindley, Curran and Scudder, JJ.